# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BRIAN CROSSLEY,**

      **Plaintiff,**

**v.**                                                    Case No:   5:14-cv-117-Oc-22PRL

**ARMSTRONG HOMES, INC., A-PLUS HOMES, INC., EXPERT AMERICAN HOME SERVICES, LLC, SCOTT W. ARMSTRONG and EXPERT AMERICAN HOMES, LLC,**

      **Defendants.**

## ORDER

This cause is before the Court on the Motion to Dismiss for Insufficient Service (Doc. No. 14) filed on August 29, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED and the case by DISMISSED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 26, 2014 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Dismiss for Insufficient Service is hereby GRANTED.

3. This case is DISMISSED without prejudice.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on October 15, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties